| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | BENJAMIN A. GERSON, NY SBN #5505144<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>SHANE ELLEN EMEIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00035 |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; TERMINATE PROBATION; DISMISS; ORDER** |
| vs. | |
| SHANE ELLEN EMEIS, | Date:   March 10, 2020<br>Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Jeremy D. Peterson  § |

The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Shane Ellen Emeis, hereby stipulate and jointly move this Court to vacate the review hearing scheduled for March 10, 2020, terminate Ms. Emeis' term of probation and dismiss pursuant to 18 U.S.C. § 3607(a).

On August 20, 2019, Ms. Emeis pled guilty to possession of a controlled substance in violation of 36 CFR § 2.35(b)(2). Pursuant to the agreement of the parties, the Court granted Ms. Emeis a deferred entry of judgment under 18 U.S.C. § 3607(a).  Ms. Emeis was sentenced to 8 months of unsupervised probation, a $750.00 fine and directed to attend AA/NA meetings twice weekly.  As of the instant filing, Ms. Emeis has complied with all terms of her probation.  The parties not move the court to vacate the review hearing scheduled for March 10, 2020, and terminate Ms. Emeis' term of probation.

Under 18 U.S.C. § 3607(a), "[a]t the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation." Ms. Emeis further requests that the Court, without entering a judgment of conviction, dismiss the proceedings.

                                      Respectfully submitted,

                                      McGREGOR SCOTT
                                      United States Attorney

Dated: March 2, 2020               */s/ Susan St. Vincent*
                                      SUSAN ST. VINCENT
                                      Acting Legal Officer
                                      National Park Service
                                      Yosemite National Park

Dated: March 2, 2020               HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/ Benjamin A. Gerson*
                                      BENJAMIN A. GERSON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SHANE ELLEN EMEIS

ORDER

Pursuant to 18 U.S.C. § 3607(a), the court hereby vacates the March 10, 2020 review hearing, terminates Ms. Emeis' term of probation, and dismisses the proceedings against Ms. Emeis, Case No. 6:19-mj-00035.

IT IS SO ORDERED.

Dated: __March 2, 2020__            _____
                                    UNITED STATES MAGISTRATE JUDGE